IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| BRANDY SHAMONE BURRIS, | CASE NO. 1:23-CV-231 |
| Plaintiff, | JUDGE SUSAN J. DLOTT |
| vs. | **STIPULATED NOTICE OF DISMISSAL** |
| VANDALIA BUS LINES, INC., et al. | |
| Defendants. | |

Plaintiff Brandy Shamone Burris and Defendants Vandalia Bus Lines, Inc., Daniel Silencieux, and State of Ohio Department of Medicaid, by and through their respective counsel, hereby jointly submit this Stipulated Notice of Dismissal to the Court pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This case has been resolved by way of good faith settlement. The parties together stipulate that all claims herein are dismissed with prejudice.

IT IS SO STIPULATED AND ORDERED.

April 24, 2024
Date

_____
JUDGE SUSAN J. DLOTT

1

| | |
|---|---|
| */s/ Robert B. Acciani (per authorization)*<br>Robert B. Acciani (96025)<br>bba@oal-law.com<br>O'Connor, Acciani & Levy LPA<br>600 Vine Street, Suite 1600<br>Cincinnati, OH 45202<br>Telephone: 513.842.1952<br>Facsimile: 513.768.4431'<br><br>*Attorney for Plaintiff* | */s/ Robert W. Schrimpf*<br>Bradley A. Wright (47090)<br>bwright@ralaw.com<br>ROETZEL & ANDRESS, LPA<br>222 South Main Street<br>Akron, OH 44308<br>Telephone 330.376.2700<br>Facsimile 330.376.4577<br><br>And |
| *S. Mark Mathews (per authorization)*<br>S. Mark Mathews, Esq. (70541)<br>smm@mmlawfirm.com<br>Mathews & Matthews Co., L.P.A.<br>9109 Montgomery Road<br>Cincinnati, Ohio 45242<br>Phone: 513.351.1525<br>Fax: 513.458.6170<br><br>Attorney for Defendant<br>State of Ohio, Department of Medicaid | Robert W. Schrimpf (85020)<br>rschrimpf@ralaw.com<br>ROETZEL & ANDRESS, LPA<br>625 Eden Park Drive, Suite 450<br>Cincinnati, OH 45202<br>Telephone: 513.361.0200<br>Facsimile: 513.361.0335<br><br>*Attorneys for Defendants Vandalia Bus Lines, Inc. and Daniel Silencieux* |